IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SKYLINE DESTINATIONS, LLC,<br>*Plaintiff,*<br><br>v.<br><br>ABL RPC RESIDENTIAL CREDIT<br>ACQUISITION, LLC, ET AL.,<br>*Defendants.* | §<br>§<br>§<br>§ NO. 1:25-CV-417-ADA-DH<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell regarding Defendant David Blakely's motion to dismiss, Dkt. 11, Blakely's amended motion to dismiss, Dkt. 20, and Defendant ABL RPC Residential Credit Acquisition, LLC's ("ABL")'s motion for summary judgment, Dkt. 13. Dkt. 23. The report recommends Blakely's motion to dismiss be **DISMISSED AS MOOT**, Blakely's amended motion to dismiss be **GRANTED**, and ABL's motion for summary judgment be **GRANTED**. The Report and Recommendation was filed July 17, 2025. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on August 1, 2025. Dkt. 24. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dustin M. Howell, Dkt. 23, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Blakely's motion to dismiss, Dkt. 11, is **DISMISSED AS MOOT.**

**IT IS ALSO ORDERED** that Blakely's amended motion to dismiss Skylyne's civil-conspiracy claim against him, Dkt. 20, is **GRANTED**.

**IT IS FINALLY ORDERED** that ABL's motion for summary judgment, Dkt. 13, is **GRANTED.**

**SIGNED** on September 10, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE